STATE OF NEW JERSEY v. THEODORE ELMORE.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME JOHNSON.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WILLIAM MCMAHON.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WARING.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KARL B. ZEBE.

October 18, 1988.

Petition for certification denied.